APPENDIX E  Amended Chapter 13 Plan Summary  Case No. 16-71627

Debtor: Travonda Altrice Ward  SSN: XXX-XX-3213  Net Monthly Earnings: $280
Joint: _____  SSN: _____  Number of Dependents: 0

I. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of: $___ [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ ] Monthly; or
   (X) Payroll Deduction Order to: STATE OF ALABAMA
       For: **$144** [ ] Weekly [ ] Biweekly [X] Semi-Monthly [ ] Monthly

Length of plan is approximately 42 months, and the total to be paid into the plan is approximately **$11,603.**

[X] Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
      The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| none | | | |

   B. * Total ATTORNEY FEE: **$3,000.** **$0.00** paid pre-petition; **$450** to be paid upon confirmation and **$75** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
      1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: Debtor | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

      2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A.P. Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| Santander Consumer USA | NA | $8,547 | $5,425 | $0 | 2009 Hyundai Sonata | 4.5% | $146.30 | After CONF |
| Spiller Furniture | NA | $1,512 | $1,512 | $0 | Furniture | 4.5% | $40.78 | After CONF |

      3. Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

III. Special Provisions:
   ( ) This is an original plan.  (X) This is an amended plan replacing plan dated **9/21/2016**.

   Other Provisions:
   1. The Trustee will made disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee, 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.
   2. Filed and allowed non-priority unsecured claims to be paid **0%.**
   3. Allowed secured claims not provided in plan to receive **4.50%** interest by fixed payment over 40 months.
   4. First Investors Servicing Corp: Debtor proposes to surrender any/all remaining interest in collateral (2010 Honda Accord) in full satisfaction of Creditor's secured claim.

Attorney for Debtor:  Dated: 11-8-16
Wilson Bettis LLC
1902 8th Street  Debtor
Tuscaloosa AL 35401
205-349-1280  Joint-Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com

All Parites on ECF Matrix
VIA US MAIL

/S/ Kathryn L. Bettis
Kathryn L. Bettis

Label Matrix for local noticing
1126-7
Case 16-71627-JHH13
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Wed Nov  9 14:38:45 CST 2016

FIRST INVESTORS SERVICING CORP
C/O CHAMBLESS MATH & CARR, PC
PO BOX 230759
MONTGOMERY, AL 36123-0759

U. S. Bankruptcy Court
2005 University Blvd., Room 2300
Tuscaloosa, AL 35401-1546

AT & T
PO Box 536216
Atlanta, GA 30353-6216

AT&T Mobiility
PO Box 536216
Atlanta, GA 30353-6216

AT&T Mobility
c/o AT&T Services, Inc.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Ace Cash Corp. Ofc
1231 Greenway Drive
Ste. 600
Irving, TX 75038-2511

Ace Cash Express
1031 Skyland Blvd
Tuscaloosa, AL 35405-4236

Ace Cash Services
PO Box 111
Miami, OK 74355-0111

Ad Astra Recovery
8918 W 21st St N
Suite 200 Mailbox 303
Wichita, KS 67205-1885

Afni
Po Box 3427
Bloomington, IL 61702-3427

Bradley Mills
12066 Sage Brush Drive
Moundville, AL 35474-6074

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Check Into Cash
5550 McFarland Blvd
Suite 500
Northport, AL 35476-2315

Check Into Cash
919 Alabama Street
Columbus, MS 39702-5570

Check into Cash
1911 Skyland Drive
Tuscaloosa, AL 35405-5865

Comcast
3008 Airpark Drive S
Flint, MI 48507-3489

Comcast
PO Box 802068
Dallas, TX 75380-2068

Covington Credit
c/o Southern Management
PO BOX 1947
Greenville, SC 29602-1947

Covington Credit of Alabama #AL0009
PO Box 1947
Greenville, SC 29602-1947

Credence Resource Management
Po Box 2300
Southgate, MI 48195-4300

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Creditcentrl
2600 Mcfarland Boulevard E
Tuscaloosa, AL 35405-1814

Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773-9400

Dept Of Ed/Navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Diversified Consultant
Dci
Po Box 551268
Jacksonville, FL 32255-1268

Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

First Investors Financial Services
Attn: Bankruptcy
380 Interstate N Pwy Ste 300
Atlanya, GA 30339-2222

First Investors Servicing Corporation
380 Interstate North Parkway Suite#
Atlanta, GA 30339-2222

HSN
PO Box 183003
Columbus, OH 43218-3003

HSN
PO Box 9090
Clearwater, FL 33758-9090

HSN.Com
1Hsn Drive
Saint Petersburg, FL 33729-0001

Mci
Cas Dept
500 Technology Dr
Weldon springs, MO 63304-2225

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773-9500

Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

PNC
PO Box 747032
Pittsburgh, PA 15274-7032

PNC Bank
2330 University Blvd
Tuscaloosa, AL 35401-1599

PNC Bank
PO Box 3180
Pittsburgh, PA 15230-3180

QVC
Hrs Attn Payment Processing
Dept 7680
Carol Stream, IL 60116-0001

QVC
PO Box 530905
Atlanta, GA 30353-0905

QVC
PO Box 965018
Orlando, FL 32896-5018

Regions
PO Box 15796
Wilmington, DE 19886-5796

Regions
PO Box 2153
Attn: Collections Dept
Birmingham, AL 35287-0002

Regions Bank
Consumer Collections
PO Box 10063
Birmingham, AL 35202-0063

Rushmore Financial
PO Box 283
Flandreau, SD 57028-0283

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

Sallie Mae
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18773-9500

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Security Finance
Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958

Speedy Cash
3410 Hwy 69N
Northport, AL 35473-2045

Speedy Cash
3611 North Ridge Road
Wichita, KS 67205-1214

Speedy Cash
PO Box 101928
Dept 2280
Birmingham, AL 35210-6928

Spiller Furn
5605 Mcfarland Blvd
Northport, AL 35476-3536

Spiller Furniture Credit Dept
PO Box 020824
Tuscaloosa, Al. 35402-0824

Wells Fargo
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo
1516 Skyland Blvd East
Tuscaloosa, AL 35405-4232

World Acceptance Corp
World Acceptance Corp/Attn Bankruptcy
Po Box 6429
Greenville, SC 29606-6429

World Acceptance Corporation
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606-6429

World Finance Corporat
108 Frederick St
Greenville, SC 29607-2532

Bradley Mills
3820 1st Avenue
Apt. 213
Tuscaloosa, AL 35405-3030

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Kathryn Lila Bettis
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Travonda Altrice Ward
3820 1st Avenue
Apartment 213
Tuscaloosa, AL 35405-3030

End of Label Matrix
Mailable recipients    69
Bypassed recipients     0
Total                  69