IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

| IN RE: | Travonda Ward | § | Case Number: | 16-71627-JHH-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Wollemi Acquisitions, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group hereby requests that:

    (i)        all notices given or required to be given in the case; and

    (ii)       all pleadings and correspondence served or required to be served in this case,

regarding Wollemi Acquisitions, LLC should be directed to Ascension Capital Group at the following mailing address effective immediately:

    Attn: Wollemi Acquisitions, LLC Department

    Ascension Capital Group

    Account: XXXXX1005

    P.O. Box 165028

    Irving, TX 75016

    If applicable, Creditor is successor-in-interest to Santander.

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Zann Welch

Zann Welch

Claims Processor

Bankruptcy Servicer for Wollemi Acquisitions, LLC

Ascension Capital Group

P.O. Box 165028

Irving, TX 75016

(817) 277-2011, Fax (817) 461-8070

ecfnotices@ascensioncapitalgroup.com

File # 1155338

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:      Travonda Ward      §      Case Number:      16-71627-JHH-13

§

Debtor(s)      §      Chapter:      13

**CERTIFICATE OF SERVICE OF**
**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

I hereby certify that on 30th day of June, 2017, a copy of the above and foregoing Request for Notice was electronically served upon the parties listed below:

/s/ Zann Welch
Zann Welch

Trustee:                           Attorney for Debtor:
C. David Cottingham           ERIC M WILSON
Trustee of the U.S. Bankruptcy Court      THE LAW FIRM OF ERIC M WILSON LLC
701 22nd Avenue, Suite 4          1902 8TH STREET
Tuscaloosa, AL 35402            Tuscaloosa, AL 35401